**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT FOR THE STATE OF MICHIGAN**
**NORTHERN DIVISION**

RECEIVED
JUL 21 2003
PUBLIC EMPLOYMENT, ELECTIONS & TORT

RICHARD JOHN GAWRYCH,
Plaintiff

**Case No. 03-10127**

V

**Hon. David M. Lawson**

ROBERT FISHER, DON REICH, and JEFFERY HERONEMUS,
Defendants.

_______________________________________/

KIM A HIGGS P25376
Attorney for Plaintiff
308 Seventh Street
Bay City, MI 48708
(989) 892-0114

JAMES T. FARRELL P35400
Attorney for Defendant Reich and Heronemus
OFFICE OF THE ATTORNEY GENERAL
Public Employment, Elections & Tort Division
Post Office Box 30736
Lansing, MI 48909-8236
(517) 373-6434

FILED
AUG 20 12 21 PM '03
U.S. DISTRICT COURT
EAST. DIST. MICH.
BAY CITY

_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

At a session of said Court.

**PRESENT:** David M. Lawson
US District Court Judge

Upon the stipulation of the parties, as indicated by their attorneys' signatures below, and the Court being aware of the relevant facts and law,

IT IS ORDERED, that all claims against all defendants in the above-captioned matter, to wit: *RICHARD JOHN GAWRYCH v ROBERT FISHER, DON REICH, and JEFFERY*

*HERONEMUS,* United States District Court, Eastern District of Michigan docket number 03-10127, are dismissed with prejudice and without costs to any party.

David M. Lawson
United States District Court Judge

"I STIPULATE THE ENTRY
OF THE ABOVE ORDER."

Richard John Gawrych, Plaintiff

Kim A. Higgs, Attorney for Plaintiff

Kenneth G. Galica, Attorney for Def. Fisher

James T. Farrell, Attorney for Def. Reich and Heronemus

*HERONEMUS,* United States District Court, Eastern District of Michigan docket number 03-10127, are dismissed with prejudice and without costs to any party.

David M. Lawson
United States District Court Judge

"I STIPULATE THE ENTRY
OF THE ABOVE ORDER."

Richard John Gawrych, Plaintiff

Kim A. Higgs, Attorney for Plaintiff

Kenneth G. Galica, Attorney for Def. Fisher

James T. Farrell, Attorney for Def. Reich and Heronemus

**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT FOR THE STATE OF MICHIGAN**
**NORTHERN DIVISION**

RICHARD JOHN GAWRYCH,
Plaintiff

**Case No. 03-10127**

V

**Hon. David M. Lawson**

ROBERT FISHER, DON REICH, and JEFFERY HERONEMUS,
Defendants.

_______________________________________________/

KIM A HIGGS P25376
Attorney for Plaintiff
308 Seventh Street
Bay City, MI 48708
(989) 892-0114

FILED
AUG 20 12 21 PM '03
U.S. DISTRICT COURT
EAST. DIST. MICH.
BAY CITY

JAMES T. FARRELL P35400
Attorney for Defendant Reich
OFFICE OF THE ATTORNEY GENERAL
Public Employment, Elections & Tort Division
Post Office Box 30736
Lansing, MI 48909-8236
(517) 373-6434

_______________________________________________/

**PROOF OF SERVICE**

The undersigned certifies that a copy of STIPULATION AND ORDER OF DISMISSAL was served upon the following named individuals, by mailing same to them at their respective addresses with first class postage fully prepaid thereon, on the 8th day of August, 2003.

KIM A HIGGS
308 Seventh Street
Bay City, MI 48708

Debi Robinson
_______________________________
Debi Robinson